# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2748
LT Case No. 2015-CF-010023-A

_____

RICKY GLASCO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.853 Appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Brian N. Onek, of Onek & Mawn, P.A., Melbourne, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

June 18, 2024

PER CURIAM.

AFFIRMED.

SOUD, MacIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____